UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RONALD ALEX,** | ) |
| Petitioner, | ) Case No. CV 10-2667 RSWL (AJW) |
| v. | ) |
| **LINDA SANDERS, WARDEN,** | ) ORDER ADOPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: January 25, 2011

RONALD S.W. LEW
_____
Ronald S.W. Lew
United States District Judge