JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RONALD ALEX,** ) | |
| ) | |
| Petitioner, ) | No. CV 10-2667-RSWL(AJW) |
| ) | |
| **vs.** ) | |
| ) | JUDGMENT |
| **LINDA SANDERS, Warden,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 25, 2011

RONALD S.W. LEW
_____
Ronald S.W. Lew
United States District Judge